

# NUMBER 13-15-00595-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF D.W.L., A CHILD

### On Appeal from the 329th District Court of Wharton County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Memorandum Opinion Per Curiam**

Appellant, Derrick Lutringer, perfected an appeal from a judgment entered by the 329th District Court of Wharton County, Texas, in cause number 42428. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties reached a settlement agreement over the attorney fees awarded in the judgment, final payment has been made, and the judgment for attorney fees has been released. Appellant requests this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of October, 2016.